UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) **Marlene Coleman-Scruggs**<br><br>Plaintiff,<br><br>vs.<br><br>(1) **United States of America;**<br>(2) **St. John Medical Center, Inc., dba Ascension St. John Medical Center;**<br>(3) **Tulsa Radiology Associates, Inc.;**<br>(4) **and Andra Dale Nuzum-Keim,**<br><br>Defendants. | 23-CV-131-JAR |

## COMPLAINT

1. The Plaintiff is a citizen of the State of Oklahoma.

2. The Defendant St. John Medical Center, Inc., dba Ascension St. John Medical Center (SJMC) is a corporation organized and existing under the laws of the State of Oklahoma with its principal place of business in Tulsa County, Oklahoma.

3. The Defendant Tulsa Radiology Associates, Inc. (TRA) is a corporation organized and existing under the laws of the State of Oklahoma with its principal place of business in Tulsa County, Oklahoma.

4. The Defendant Andra Dale Nuzum-Keim (Keim) is a citizen of the State of Oklahoma. Defendant Keim was at all times an agent, servant or employee of the Defendant TRA.

5. This Court's jurisdiction is based on federal question, the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-2680. The Court may exercise pendent jurisdiction over the remaining Defendants because the cause of action arises out of a common nucleus of facts.

6. Venue is proper because the acts of negligence of the agents, servants and employees of the Defendant United States of America occurred in Muskogee, Oklahoma, which is within the

**EXHIBIT A**

Eastern District of Oklahoma.

7. On April 30, 2021 Defendant Keim, on a referral from the United States Veterans Administration, performed a mammogram at St. John Medical Center in Tulsa, Oklahoma. The mammogram showed a suspicious mass on the left breast. None of the Defendants communicated results of the mammogram to Plaintiff as required by the Mammography Quality Standards Act (MQSA), 21 CFR 900 et. seq., which requires a facility who performs a mammogram to send each patient a summary of the mammography report written in lay terms within 30 days of the mammography examination. Defendant United States of America did not communicate the results of the mammogram to the Plaintiff.

8. Plaintiff had another mammogram performed on January 27, 2022. That mammogram showed the mass had grown. Delayed communication of the abnormal mammogram results caused the cancer to grow, requiring more extensive treatment, surgery and radiation than would have been required had the results been timely communicated to Ms. Scruggs.

9. As a result, Plaintiff has suffered serious and permanent injuries including, but not limited to, past, present and future medical expenses; past, present and future physical and mental pain and suffering; disfigurement; and permanent loss of enjoyment of life.

10. Plaintiff has complied with the requirements of the FTCA. Notice was served on the United States of America on or about May 19th, 2022 and on Jack C. Montgomery VA Medical Center on or about May 19th, 2022. It has been more than six months since the Plaintiff first presented her claim to the appropriate Federal agency, and the agency has not made a final disposition of the claim.

**EXHIBIT A**

WHEREFORE, Plaintiff prays for judgment against the Defendants in the sum of Seven Million Five Hundred Dollars ($7,500,000.00) interest, costs and such other relief to which she may be entitled.

                        Respectfully submitted,

                        <u>s/Anthony M. Laizure</u>
                        Anthony M. Laizure, OBA No. 5170
                        LAIZURE LAW, PLLC
                        1437 S. Boulder Ave., Ste. 1200
                        Tulsa, Oklahoma 74119
                        Phone: (918) 749-0749
                        Facsimile: (918) 518-7250
                        Email: TLaizure@LaizureLaw.com
                        *Attorney for Plaintiff*

*Attorney Lien Claimed*
*Jury Trial Demanded for non FTCA claims*

**EXHIBIT A**