UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MARLENE COLEMAN-SCRUGGS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>(1) UNITED STATES OF AMERICA;<br><br>(2) ST. JOHN MEDICAL CENTER, INC.; DBA, ASCENSION ST. JOHN MEDICAL CENTER;<br><br>(3) TULSA RADIOLOGY ASSOCIATES, INC.; and,<br><br>(4) ANDRA DALE NUZUM-KEIM.<br><br>Defendants. | Case No.: 23-CV-131-JAR |

## AFFIDAVIT OF JASON C. RUSH

I, Jason C. Rush, being of sound mind and being duly sworn upon oath, state:

1. I am over 18 years of age and competent to testify to the following based on personal knowledge.

2. I am the owner of Rush Law. I formed Rush Law on May 1, 2024.

3. I was an associate at Rodolf & Todd from 2009 to 2014, and a partner until April 30, 2024.

4. During my time at Rodolf & Todd, I represented St. John Medical Center, Inc., d/b/a/ Ascension St. John Medical Center ("SJMC"), as well as other affiliated medical entities, in various litigation-related matters, oftentimes involving allegations of medical negligence.

5. Rodolf & Todd partners were only involved in cases they were personally assigned.

1

**EXHIBIT 1**

6. I was never assigned to represent SJMC in this case.

7. I never worked on this case on behalf of SJMC.

8. I never had personal knowledge of the underlying facts or the procedural history of this case during my employment at Rodolf & Todd.

9. I do not recall ever accessing Rodolf & Todd's litigation file in this case.

10. I am unaware of the contents of Rodolf & Todd's litigation file for this case.

11. I do not have material or confidential information about this case, regarding SJMC.

12. I do not have general material or confidential information about SJMC.

13. During my time at Rodolf & Todd, Karen L. Callahan would assign me to cases, and I would select my associate(s) to work those file.

14. I rarely attended the "firm reviews of open cases" and when I did, it was only to provide updates of my cases. The only meeting I attended in 2024 was the February 2024 meeting.

15. I have no personal knowledge of any information, beyond cases I was assigned to, of any case that may have been discussed at a firm review meeting.

16. I have no personal recall of this case ever being discussed in a firm review meeting that I may have attended.

This concludes my affidavit.

Dated this 19th day of July, 2024.

_____
Jason C. Rush, Attorney

Signed and sworn to before me this 19 day of July 2024, by Jason C. Rush, affiant.

My Commission Expires:

(SEAL) 9-10-27

_____
Notary Public

LAURA LINDA HOPKINS
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 99015059 Expires 09/10/27

2

**EXHIBIT 1**