# RODOLF & TODD

A PROFESSIONAL LIMITED LIABILITY COMPANY

STEPHEN J. RODOLF
KAREN L. CALLAHAN
LESLIE C. WEEKS
ELIZABETH K. HALL
DAVID A. RUSSELL
CHAD H. MOODY
BRANDON C. WHITWORTH
JASON C. RUSH

15 EAST 5TH STREET, 6TH FLOOR
TULSA, OKLAHOMA 74103-4346

PHONE (918) 295-2100
FAX (918) 295-7800

CHRISTINA M. WOLFRAM
EMILY JONES LUDIKER
RYAN D. ENSLEY
W. JOSEPH PICKARD
BRENNA N. WIEBE
LAUREN M. METZGER
KAILEY D. LORENSON

August 14, 2020

Gregory J. Denney, Esq
1204 S. Cheyenne
Tulsa, OK 74119
greg@gregdenneylaw.com

**RE:    Emory vs. SJMC et. al; CJ-19-4085**

Dear Greg:

Please let this serve to identify the testifying experts the Defendants (SJMC and Dr. Comas) currently anticipate calling to testify at trial in this case:

DEFENDANTS' EXPERTS

1) Joseph C. Cleveland, Jr., MD, FACC
   Frederick and Carol Grover Endowed Chair in Surgery
   9176 East Wesley Avenue
   Denver, CO 80231

2) Any expert identified by Plaintiff or Co-Defendants to whom these Defendants do not object.

Please note that this expert is anticipated to testify at trial as of this time. Defendants reserve the right to supplement and/or amend this list and/or designate additional testifying experts and/or rebuttal experts as discovery progresses in this case. Additionally, Defendants reserve the right to elicit expert opinions form the treating healthcare providers of Tracy Emory and we reserve the right to call Co-Defendant's experts. I have enclosed a copy of Dr. Cleveland's CV for your review.

**EXHIBIT D**

Once Plaintiff supplements its responses to Defendant's discovery requests regarding her testifying expert's opinions, Defendants will supplement its responses with the substantive opinions of its experts.

Should you have any questions or concerns, please do not hesitate to contact me. Thanks.

Sincerely,

Jason Rush

Enc.

Cc: Thomas LeBlanc

**EXHIBIT D**