1

IN THE DISTRICT COURT,
FOURTEENTH JUDICIAL DISTRICT,
TULSA COUNTY
STATE OF OKLAHOMA

TRACY EMORY,  )
    an individual,  )
  )
  )
  )
    Plaintiff,  )
  )
  )
  - vs -  )  Case No. CJ-2019-04085
  )  Civil Docket D
  )  Judge:
ST. JOHN MEDICAL CENTER, INC.,)  William Musseman
An Oklahoma Corporation,  )
GEORGE COMAS, M.D.,  )
An individual, &  )
ANDRA NUZUM-KEIM, M.D.,  )
An individual, and  )
TULSA RADIOLOGY ASSOCIATES,  )
INC., an Oklahoma corporation,)
  )
  )
    Defendants.  )

    The videoconference deposition of GEORGE MICHAEL COMAS, M.D., taken on behalf of the Plaintiff before Melissa Rutledge, Certified Shorthand Reporter in and for the State of Oklahoma, on the 21st day of December, 2021, pursuant to the stipulations of the parties.

**EXHIBIT E**

Emory v. St. John, et al.					GEORGE MICHAEL COMAS, M.D.

```
                                                                      2
 1      Appearances:

 2


 3      Appearing remotely
          for the Plaintiff:        JOEL LACOURSE
 4                                  ZACHARY KEEN
                                    LaCourse Law Firm
 5                                  Attorneys at Law
                                    715 South Elgin Avenue
 6                                  Tulsa, Oklahoma  74120


 7

 8                                  GREG J. DENNEY
                                    Greg J. Denney & Associates
 9                                  Attorneys at Law
                                    1204 South Cheyenne Avenue
10                                  Tulsa, Oklahoma  74119

11

12

13      Appearing remotely
          for the Defendants        THOMAS LEBLANC
14        Andra Nuzum-Keim, M.D.,   Best & Sharp
          Tulsa Radiology           Attorneys at Law
15        Associates, Inc.:         1 West 3rd Street
                                    Suite 900
16                                  Tulsa, Oklahoma  74119

17

18


19      For the Defendants          JASON RUSH
          St. John Medical          Rodolf & Todd
20        Center,                   Attorneys at Law
          George Comas, M.D.:       15 East 5th Street
21                                  Floor 6
                                    Tulsa, Oklahoma  74103
22

23

24

25
```

**EXHIBIT E**