Page 1

```
 1              IN THE DISTRICT COURT
 2           FOURTEENTH JUDICIAL DISTRICT
 3         TULSA COUNTY, STATE OF OKLAHOMA
 4    _____
 5    TRACY EMORY,
 6            Plaintiff,
 7       v.                              Case No.
 8    ST. JOHN MEDICAL CENTER, INC.,     CJ-2019-04085
 9    GEORGE COMAS, M.D.,
10    ANDRA NUZUM-KEIM, M.D.,
11    JOHN HAPLIN, D.O.,
12    TULSA RADIOLOGY ASSOCIATES, INC.,
13            Defendants.
14    _____
15            VIDEOCONFERENCE DEPOSITION OF
16                MARK BERNSTEIN, M.D.
17    DATE:         Monday, July 25, 2022
18    TIME:         9:06 a.m.
19    LOCATION:     Remote Proceeding
20                  505 Morris Avenue
21                  Springfield, NJ 07081
22    REPORTED BY:  Mario Melara, Notary Public
23    JOB NO.:      5317788
24
25
```

```
                                                    Page 2
 1                    A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF TRACY EMORY:
 3        JOEL LACOURSE, ESQUIRE (by videoconference)
 4        REBECCA DAVID, ESQUIRE (by videoconference)
 5        LaCourse Law
 6        715 South Elgin, Suite 100
 7        Tulsa, OK 74120
 8        joel@lacourselaw.com
 9
10   ON BEHALF OF DEFENDANT ANDRA NUZUM-KEIM, MD:
11        THOMAS A. LEBLANC, ESQUIRE
12        Best & Sharp
13        1 West 3rd Street, Suite 900
14        Tulsa, OK 74103
15        tleblanc@bestsharp.com
16        (918) 582-1234
17
18   ON BEHALF OF DEFENDANT ST. JOHN MEDICAL CENTER:
19        JASON RUSH, ESQUIRE
20        Rodolf & Todd
21        15 E. 5th Street, 6th Floor
22        Tulsa, OK 74103
23        jrush@rodolftodd.com
24
25
```

**EXHIBIT F**