```
 1              IN THE DISTRICT COURT OF TULSA COUNTY

 2                         STATE OF OKLAHOMA

 3
     TRACY EMORY,
 4
         Plaintiff,
 5
     vs.                        Case No. CJ-2019-4085
 6
     ST. JOHN MEDICAL CENTER, INC.,
 7   and GEORGE COMAS, M.D., and
     ANDRA NUZUM-KEIM, M.D., and
 8   JOHN HARLIN, D.O., and TULSA
     RADIOLOGY ASSOCIATES, INC.,
 9
         Defendants.
10

11           DEPOSITION OF PAMELA ELAINE COYLE
            TAKEN ON BEHALF OF THE DEFENDANTS
12      ON AUGUST 20, 2020, BEGINNING AT 10:14 A.M.
                    IN TULSA, OKLAHOMA
13

14       APPEARANCES:

15   On behalf of the PLAINTIFF

16   Gregory J. Denney
     GREG DENNEY LAW, PLLC
17   1204 South Cheyenne Avenue
     Tulsa, Oklahoma 74119
18   (918) 295-0077
     greg@gregdenneylaw.com
19

20   On behalf of the DEFENDANTS ST. JOHN MEDICAL
     CENTER, INC. and GEORGE COMAS, M.D.
21
     Jason C. Rush and Brenna Wiebe
22   RODOLF & TODD
     15 East 5th Street, 6th Floor
23   Tulsa, Oklahoma 74103-4035
     (918) 295-2100
24   jrush@rodolftodd.com

25   REPORTED BY:  Janna Pirtle, CSR, RPR
```

**EXHIBIT G**

1          APPEARANCES (Continued)

2   On behalf of the DEFENDANTS ANDRA NUZUM-KEIM,
    M.D. and TULSA RADIOLOGY ASSOCIATES, INC.
3
    Caleb Jones
4   BEST & SHARP
    One West Third Street, Suite 900
5   Tulsa, Oklahoma 74103
    (918) 582-1234
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          INDEX

 2                                                    Page

 3   DIRECT EXAMINATION BY MR. RUSH                      4

 4   DIRECT EXAMINATION BY MR. JONES                    98

 5

 6

 7

 8                       STIPULATIONS

 9        It is stipulated that the deposition of

10   PAMELA ELAINE COYLE may be taken pursuant to

11   agreement and in accordance with the Oklahoma

12   Discovery Code on August 20, 2020, before Janna

13   Pirtle, Certified Shorthand Reporter.

14

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT G