```
 1              IN THE DISTRICT COURT OF TULSA COUNTY
                         STATE OF OKLAHOMA
 2
      TRACY EMORY,
 3         Plaintiff,

 4    vs                              No. CJ-2019-4085

 5    ST. JOHN MEDICAL CENTER, INC.,
      and GEORGE COMAS, M.D., and
 6    ANDRA NUZUM-KEIM, M.D., and
      JOHN HARLIN, D.O., and TULSA
 7    RADIOLOGY ASSOCIATES, INC.,
           Defendants.
 8
                     DEPOSITION OF TRACY EMORY
 9              Taken on Behalf of the Defendants
              On July 21, 2020, beginning at 10:02 a.m.
10                     In Tulsa, Oklahoma

11                          APPEARANCES
      On behalf of the PLAINTIFF:
12    Gregory J. Denney
      GREG DENNEY LAW, PLLC
13    1204 South Cheyenne Avenue
      Tulsa, Oklahoma 74119
14    918-295-0077
      greg@gregnenneylaw.com
15
      On behalf of the DEFENDANT ANDRA NUZUM-KEIM, M.D.
16    and TULSA RADIOLOGY ASSOCIATES, INC.:
      Thomas A. LeBlanc
17    Caleb Jones
      BEST & SHARP
18    One West Third, Suite 900
      Tulsa, Oklahoma 74103
19    918-582-1234
      tleblanc@bestsharp.com
20
      On behalf of the DEFENDANT ST. JOHN MEDICAL CENTER,
21    INC. and GEORGE COMAS, M.D.:
      Jason C. Rush
22    Brenna Wiebe
      RODOLF & TODD
23    15 East 5th Street, 6th Floor
      Tulsa, Oklahoma 74103-4035
24    918-295-2100
      jrush@rodolftodd.com
25    REPORTED BY:  Mary K. Beckham, CSR, RPR
```

**Professional Reporters**

800.376.1006
www.proreporters.com

**EXHIBIT H**

```
 1                        INDEX
 2                                              Page
 3    DIRECT EXAMINATION BY MR. RUSH              3
 4    CROSS EXAMINATION BY MR. LeBLANC          128
 5    CROSS EXAMINATION BY MR. DENNEY           147
 6    REDIRECT EXAMINATION BY MR. RUSH          154
 7    RECROSS EXAMINATION BY MR. LeBLANC        158
 8
 9
10                       EXHIBITS
11    Exhibit                                   Page
12      1       Resignation Letter              159
13
14
15                     STIPULATIONS
16
17    It is hereby stipulated and agreed by and between
18    the parties hereto, through their respective
19    attorneys, that the deposition of TRACY EMORY may be
20    taken pursuant to agreement and in accordance with
21    the Oklahoma Discovery Code on July 21, 2020, before
22    Mary K. Beckham, CSR RPR.
23
24
25
```