```
 1              IN THE DISTRICT COURT OF TULSA COUNTY

 2                        STATE OF OKLAHOMA

 3
    CYNTHIA LALONDE, Individually    )
 4  and as Mother of Nataleigh       )
    LaLonde, Deceased,               )
 5                                   )
           Plaintiff,                )
 6                                   )
    v.                               ) CJ-2021-2735
 7                                   )
    ST. JOHN MEDICAL CENTER, INC.    )
 8  d/b/a ASCENSION ST. JOHN MEDICAL )
    CENTER; RANDALL P. HOLDER, M.D.; )
 9  ST. JOHN PHYSICIANS, INC., d/b/a )
    ST. JOHN EMERGENCY PHYSICIANS;   )
10  JEFFREY S. STAMPS, A.P.R.N.;     )
    ASCENSION MEDICAL GROUP          )
11  ST. JOHN, LLC.; OMAR HAWASLI,    )
    M.D.; SERGII ALEKSEIEV, M.D.;    )
12  and GARY J. SIMS, JR., D.O.,     )
                                     )
13         Defendants.               )

14

15

16                       *  *  *  *  *  *

17       VIDEO DEPOSITION OF KELLI DIANE LAWRENCE
                     F/K/A KELLI BRADSHAW
18
             TAKEN ON BEHALF OF THE PLAINTIFF
19
                      IN TULSA, OKLAHOMA
20
                      ON MARCH 1, 2023
21
                  COMMENCING AT 9:05 A.M.
22
                         *  *  *  *  *  *
23

24

25       REPORTED BY:  LESLIE S. JOHNSTON, CSR
```

**EXHIBIT I**

```
 1
                    A P P E A R A N C E S
 2

 3   FOR THE PLAINTIFF:

 4           GUY A. FORTNEY
             JENNIFER L. DeANGELIS
 5           Attorneys at Law
             TRACY MOSZ
 6           Paralegal
             BREWSTER & DeANGELIS, PLLC
 7           2617 East 21st Street
             Tulsa, Oklahoma 74114
 8           918.742.2021
             Gfortney@brewsterlaw.com
 9           Jdeangelis@brewsterlaw.com
             Tmosz@brewsterlaw.com
10

11   FOR THE DEFENDANTS:

12           JASON C. RUSH
             KELSEY R. PAYTON
13           Attorneys at Law
             RODOLF & TODD
14           15 East Fifth Street, Floor 6
             Tulsa, Oklahoma 74103
15           918.295.2100
             Jrush@rodolftodd.com
16

17   ALSO PRESENT WITH DEFENDANTS:

18           CYNTHIA LaLONDE

19   VIDEOGRAPHER:

20           JAKE CONRADY
             InstaScript, LLC
21

22                   * * * * * *

23

24

25

26
```

```
 1                P R O C E E D I N G S
 2               VIDEOGRAPHER:  We are on the record.
 3   Today's date is March 1st, 2023, and the time is
 4   9:05 a.m.  We're here to record the deposition
 5   of Kelli Bradshaw in the case styled LaLonde
 6   versus St. John Medical Center, Inc., et al.,
 7   Case Number CJ-2021-2735, filed in the District
 8   Court of Tulsa County, State of Oklahoma.  We
 9   are at 1924 South Utica, Suite 908, Tulsa,
10   Oklahoma.
11               My name is Jake Conrady with
12   InstaScript located at 125 Park Avenue in
13   Oklahoma City.  Our court reporter is Leslie
14   Johnston.
15               Will counsel please state their
16   appearances and whom they represent.
17               MR. RUSH:  Guy Fortney and Jennifer
18   DeAngelis for the plaintiff Cyndi LaLonde.
19               MR. FORTNEY:  Jason Rush and Kelsey
20   Payton for all named defendants.
21               VIDEOGRAPHER:  Will the court reporter
22   please swear in the witness.
23                    KELLI DIANE LAWRENCE,
24   of lawful age, having been first duly sworn
25   and/or affirmed, deposes and says in reply to
```