**IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA**

DEC 0 5 2022

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| CYNTHIA LALONDE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CJ-2021-2735 |
| | ) Judge Kelly M. Greenough |
| | ) Civil Docket F |
| | ) |
| ST. JOHN MEDICAL CENTER, INC., et al., | ) |
| Defendants. | ) |

### Order on Plaintiff's Motion to Compel

Following a hearing on October 10, 2022 at which counsel for all parties were present, Defendants provided a detailed privilege log to the court and opposing counsel. Defendants provided the court with their patient safety evaluation system documents concerning Nataliegh LaLonde and Defendants' STARS file, both of which were reviewed by the court in camera. Plaintiff's Motion to Compel Defendants' production of records Number 12 and 15 are denied as the patient safety evaluation records reviewed are privileged under 63 O.S. §§ 1-1709 and 1-1709.1, as well as 42 U.S.C. §299b-22(a). These documents were created for the purpose of reporting to a patient safety organization, they have the ability to improve patient safety and the quality of health care, the information was reported to the patient safety organization, and contain the date the information was entered into the patient safety evaluation system. In addition, with the limited exceptions noted below, the STARs records reviewed by the court are subject to attorney client privilege. The documents at Tab 112, which contains STARS file documents 000616-621 are privileged under 63 O.S. §§ 1-1709 and 1-1709.1.

Plaintiff's Motion to Compel as to request for production of documents Number 13 is denied as the documents reviewed are protected by the attorney-client privilege.



**EXHIBIT J**

Certain summaries, reports, and evaluations are also attorney work product. To the extent Defendants' have produced certain documents to Plaintiff and provided the CORE Meeting summary, the court does not find a general waiver as to all of the documents requested as there has been no showing of an intentional and voluntary relinquishment of the remaining privileged documents. The Core Meeting, and consequently its summary, were not privileged, as there were third parties present.

The privilege log contains items for which no privilege is claimed and these documents shall be produced to Plaintiff within ten (10) days of the filing of this order:

Tab 2:  STARS 000003-000006
Tab 103:  STARS 000605
Tab 114:  STARS 000624-629
Tab 118:  STARS 000668-670.

Kelly M. Greenough,
District Judge

A copy of the foregoing order was mailed to all counsel of record listed below on the 5_th day of December 2022: Clark O. Brewster, Jennifer DeAngelis, Mbilike M. Mwafulirwa, 2617 E. 21st St., Tulsa, OK 74114; Jason C. Rush, Kelsey R. Payton, 15 East 5th St., 6th Floor, Tulsa, OK 74103.

Carol   . Ramey, Deputy Court Clerk

**EXHIBIT J**