**Nancy Holliday**

---

**Subject:** FW: File Review, Tuesday, January 23, at Noon
**Attachments:** File Review - 1-23-24.docx

**From:** Susan Hemphill <Susan@rodolftodd.com>
**Sent:** Thursday, January 18, 2024 11:55 AM
**To:** Attorneys <Attorneys@rodolftodd.com>; Paralegals <Paralegals@rodolftodd.com>; Claire Raschen <Claire@rodolftodd.com>
**Subject:** File Review, Tuesday, January 23, at Noon

Attached is the case list for File Review on Tuesday at Noon.  Lunch will be from Lambrusco'z.

*Susan C. Hemphill* | Secretary
Rodolf & Todd
15 E. 5th Street, 6th Floor
Tulsa, OK 74103
918-295-2100
918-297-8122 Direct
918-295-7800 Facsimile

1

**EXHIBIT K**