CASE LIST FILE REVIEW                                                                                      January 23, 2024

| Client | Matter | Case Name | Attorney | Para | County | Status | Open Date |
|--------|--------|-----------|----------|------|--------|--------|-----------|
| 1076 | 556 | Coleman-Scruggs v. SJMC | CHM | SAS | OKED; Magistrate Robertson | Active | 4/28/23 |

**EXHIBIT L**